JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II           **Investigating Agency**  FBI

**City**  Boston               **Related Case Information:**

**County**  Suffolk            Superseding Ind./ Inf. _____   Case No.  21-mj-7186-JCB
                               Same Defendant _____   New Defendant  X
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Anthony Howard                    Juvenile:    ☐ Yes  ☑ No

               Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address    (City & State)  Boston, MA

Birth date (Yr only): 1986   SSN (last4#): 8788   Sex  M   Race: _____   Nationality: USA

**Defense Counsel if known:** _____            Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  John T. Dawley, Jr.              Bar Number if applicable  683662

**Interpreter:**   ☐ Yes  ☑ No            List language and/or dialect: _____

**Victims:**      ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

   ☑ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date**   08/05/2021

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  08/04/2021         Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 21-mj-7186-JCB

**Name of Defendant** Anthony Howard

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute, and distribution of, heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**