AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ANTHONY HOWARD | ) Case No. 21-mj-7186-JCB |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANTHONY HOWARD                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute, and distribution of, heroin, in violation of 21 U.S.C. § 841.

Date: 08/04/2021

*Issuing officer's signature*

City and state: Boston, Massachusetts

Jennifer C. Boal, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-4-21, and the person was arrested on *(date)* 8-5-21
at *(city and state)* Boston, MA.

Date: 8.5.21

*Arresting officer's signature*

TFO Timothy C. Shrout
*Printed name and title*